[No. 5913–8–III. Division Three. July 21, 1987.]

*In the Matter of the Personal Restraint of*
JOHN HOWARD WILDER, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 7482–0–III. Division Three. July 21, 1987.]

JOHN NEFF, *Appellant,* v. THE ESTATE OF AMY NEFF, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 85–2–00149–6, James R. Thomas, J., entered November 19, 1985. *Affirmed* by unpublished opinion per Petrich, J., concurred in by McInturff, C.J., and Munson, J.

[No. 17742–7–I. Division One. July 22, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. SALIM BOULOS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 85–1–00321–0, David A. Nichols, J., entered January 10, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Pekelis, JJ.

[No. 18385–1–I. Division One. July 22, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES ANTHONY ROLLINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03743–6, Richard M. Ishikawa, J., entered April 22, 1986. *Dismissed* by unpublished per curiam opinion.